| | |
|---|---|
| Name and address:<br>MAYER BROWN LLP<br>JOHN NADOLENCO (SBN 181128)<br>jnadolenco@mayerbrown.com<br>350 S. Grand Avenue, 25th Floor<br>Los Angeles, California   90071-1503<br>Telephone:(213) 229-9500; Facsimile: (213) 625-0248 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOW ROSE PRODUCTIONS, INC., a Corporation on behalf of Bill Engvall,<br><br>                                                                  Plaintiff(s),<br><br>                         v.<br>PANDORA MEDIA, LLC, a limited liability company,<br><br>                                                                  Defendant(s), | CASE NUMBER<br>2:22-cv-00809-MCS-MAR<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Fakler, Paul M.
*Applicant's Name (Last Name, First Name & Middle Initial)*          *check here if federal government attorney* ☐

Mayer Brown LLP
*Firm/Agency Name*

1221 Avenue of the Americas                                  (212) 506-2500                  (212) 262-1910
                                                             *Telephone Number*               *Fax Number*
*Street Address*

New York, New York   10020-1001                              pfakler@mayerbrown.com
*City, State, Zip Code*                                      *E-mail Address*

**I have been retained to represent the following parties:**

Pandora Media, LLC                                   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
_____                    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of New York | January 26, 1999 | Yes |
| Eleventh Circuit Court of Appeals | May 14, 1999 | Yes |
| USDC, Eastern District of New York | July 11, 2000 | Yes |



List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:22-cv-00810-MCS-MAR | Main Sequence, Ltd. v. Pandora Media, LLC | February 28, 2022 | Pending |
| 2:22-cv-00813-MCS-MAR | Ron White, Inc. v. Pandora Media, LLC | February 28, 2022 | Pending |
| 2:22-cv-00815-MCS-MAR | Robin Williams Trust v. Pandora Media, LLC | February 28, 2022 | Pending |
| 2:22-cv-00817-MCS-MAR | Brave Lion, Inc. v. Pandora Media, LLC | February 28, 2022 | Pending |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated February 28, 2022

Paul M. Fakler
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Nadolenco, John
*Designee's Name (Last Name, First Name & Middle Initial)*

Mayer Brown LLP
*Firm/Agency Name*

350 S. Grand Avenue, 25th Floor  |  (213) 229-9500  |  (213) 625-0248
*Street Address*  |  *Telephone Number*  |  *Fax Number*

jnadolenco@mayerbrown.com
*Email Address*

Los Angeles, California  90071-1503
*City, State, Zip Code*

181128
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated February 28, 2022

John Nadolenco
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional State and Federal Court Admissions Below:
USDC, Southern District of New York - July 11, 2000 - Yes
Seventh Circuit Court of Appeals - July 6, 2001 - Yes
United States Supreme Court - December 2, 2002 - Yes
USDC, Western District of New York - May 11, 2005 - Yes
Second Circuit Court of Appeals - February 23, 2012 - Yes
Sixth Circuit Court of Appeals - April 28, 2006 - Yes
District of Columbia Circuit Court of Appeals - December 15, 2006 - Yes
Court of Appeals for the Federal Circuit - September 7, 2007 - Yes
Ninth Circuit Court of Appeals - February 19, 2014 - Yes
USDC, District of Columbia - May 6, 2019 - Yes
USDC, District of Colorado - October 8, 2021 - Yes



*Appellate Division of the Supreme Court of the State of New York Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

*Paul Matthew Fakler*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 26, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on February 16, 2022.*

*Robert D. Mayberger*

Clerk of the Court

CertID-00053873