AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS* <br><br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) Master File No. 2:22-cv-00809-MCS-MAR<br><br>CONSOLIDATED ACTION |

### SUMMONS IN A CIVIL ACTION ON COUNTERCLAIMS

To: *(Counter-Defendant's name and address)*

> Counter-Defendant WordCollections, Inc.
> Registered Agent: Capitol Services, Inc.
> 108 Lakeland Avenue
> Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the counterclaimant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the counterclaimant or counterclaimant's attorney, whose name and address are:

> MAYER BROWN LLP
> JOHN NADOLENCO
> DANIEL D. QUEEN
> MEERIM A. NEHME
> 350 S. Grand Avenue, 25th Floor
> Los Angeles, California  90071-1503
> Telephone: (213) 229-9500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     MAY 6, 2022

_____

_____
*Signature of Clerk or Deputy Clerk*

---

* This caption is formatted pursuant to the Court's March 22, 2022 Order Consolidating Cases.  ECF Doc. No. 18.



Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                         _____
                                                              *Printed name and title*


                                                         _____
                                                              *Server's address*

Additional information regarding attempted service, etc:



American LegalNet, Inc.
www.FormsWorkFlow.com