**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION | Master File No.: 2:22-cv-00809-MCS-MAR <br><br> <u>CONSOLIDATED ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS | ~~[PROPOSED]~~ ORDER GRANTING STIPULATION (ECF No. 40) <br><br> Honorable Mark C. Scarsi <br> Courtroom: 7C |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, the Court hereby approves the stipulation and orders as follows:

1) The Plaintiffs in this Consolidated Action and Counter-Defendant WordCollections, Inc. shall have up to and inclusive of July 15, 2022 to answer or otherwise respond to Pandora Media, LLC's Counter-Claims; and

2) The Scheduling Conference presently set for July 11, 2022 is hereby continued until ~~a time convenient to the Court after July 15, 2022~~ **August 29, 2022, at 10:00 a.m. The Court expects any motions to dismiss to be set for hearing on or before the Scheduling Conference date.**

**IT IS SO ORDERED**

Dated: May 19, 2022

_____
Mark C. Scarsi
United States District Judge