UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  2:22-cv-00809-MCS-MAR                                Date  August 29, 2022

Title  *In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION*
*Yellow Rose Productions, Inc. v. Pandora Media, LLC*

Present: The Honorable  Mark C. Scarsi, United States District Judge

Stephen Montes Kerr                                Marea Woolrich
Deputy Clerk                                       Court Reporter

Attorney(s) Present for Plaintiff(s):              Attorney(s) Present for Defendant(s):

Richard S. Busch                                   John Naldolenco
Lauren A. Moskowitz (Counter-Def.)                 Paul M. Fakler
Oliver Rocos (Counter-Def.)                        Christopher J. Kelly
                                                   Jacob B. Ebin

**Proceedings: Motion to Dismiss Pandora Media, LLC's Counterclaims (ECF No. 49), Motion for Joinder (ECF No. 50), and Scheduling Conference**

The motion hearing is held. Counsel address the Court. The Court takes the motions UNDER SUBMISSION and a ruling will be issued.

The scheduling conference hearing is held. The Court confers with counsel regarding the status of the case. The Court has reviewed the parties' August 15, 2022 Joint Report. The Court will issue an order setting pretrial dates. The Court will set trial dates following the pretrial resolution of various issues. The parties should address any specific discovery issues with Judge Rocconi.

IT IS SO ORDERED.