1   MCKOOL SMITH HENNIGAN P.C.
    Jeff McFarland (SBN 157628)
2   *jmcfarland@McKoolSmithHennigan.com*
    300 South Grand Avenue, Suite 2900
3   Los Angeles, CA 90071
    Telephone: (213) 694-1200
4   Facsimile: (213) 694-1234

5   MCKOOL SMITH P.C.
    David Sochia (pro hac vice
6   application forthcoming)
    *dsochia@mckoolsmith.com*
7   Ashley Moore (pro hac vice
    application forthcoming)
8   *amoore@mckoolsmith.com*
    Travis DeArman (pro hac vice
9   application forthcoming)
    *tdearman@mckoolsmith.com*
10  300 Crescent Court, Suite 1500
    Dallas, TX 75201
11  Telephone: (214) 978-4000
    Facsimile:  (214) 978-4044
12
    *Attorneys for Counterclaim Defendant*
13  *SPOKEN GIANTS, LLC*

14  *Additional counsel on the inside page*

15              **UNITED STATES DISTRICT COURT**
16              **CENTRAL DISTRICT OF CALIFORNIA**

17  | In re PANDORA MEDIA, LLC | Master File No.: 2:22-cv-00809-MCS-MAR |
18  | COPYRIGHT LITIGATION | |
19  | | CONSOLIDATED ACTION |
20  | This Document Relates To: | **JOINT STIPULATION TO EXTEND COUNTERCLAIM DEFENDANT SPOKEN GIANTS' DEADLINE TO RESPOND TO PANDORA MEDIA, LLC'S COUNTERCLAIMS BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
21  | 2:22-cv-00809 (Spoken Giants) | |
22  | | Honorable Mark C. Scarsi |
23  | | Courtroom: 7C |
24  | | Counterclaims Served: Sept. 28, 2022 |
25  | | Current Response Date: Oct. 19, 2022 |
26  | | New Response Date: Nov. 18, 2022 |

MCKOOL SMITH P.C.
Laura Baron (pro hac vice
application forthcoming)
*lbaron@mckoolsmith.com*
395 9th Ave., 50th Floor
New York, NY 10001
Telephone: (212) 402-9400
Facsimile:  (212) 402-9400

*Attorneys for Counterclaim Defendant*
*SPOKEN GIANTS, LLC*

MAYER BROWN LLP

John Nadolenco (SBN 181128)

*jnadolenco@mayerbrown.com*

Meerim A. Nehme (SBN 322234)

*mnehme@mayerbrown.com*

350 S. Grand Avenue, 25th Floor

Los Angeles, California 90071-1503

Telephone: (213) 229-9500

Facsimile: (213) 625-0248

MAYER BROWN LLP

Paul M. Fakler (*pro hac vice*)

*pfakler@mayerbrown.com*

Allison M. Aviki (*pro hac vice*)

*aaviki@mayerbrown.com*

1221 Avenue of the Americas

New York, New York 10020-1001

Telephone: (212) 506-2500

Facsimile: (212) 262-1910

*Attorneys for Defendant / Counter-*
*Claimant Pandora Media, LLC*

---

JOINT STIPULATION TO EXTEND PURSUANT TO L.R. 8-3

Pursuant to Local Rule 8-3, Counterclaim-Defendant Spoken Giants, LLC[1] ("Spoken Giants") and Defendant/Counterclaimant Pandora Media, LLC ("Pandora") (together with Spoken Giants, the "Parties"), by and through their respective counsel of record, hereby stipulate to extend Spoken Giants' deadline to respond to Pandora's Counterclaims (the "Counterclaims") as follows:

WHEREAS, Plaintiff Yellow Rose Productions, Inc. ("Plaintiff") filed the complaint (the "Complaint") on February 7, 2022, in the United States District Court for the Central District of California;

WHEREAS, Pandora was served with the Complaint on February 15, 2022;

WHEREAS, the Second Amended Consolidated Complaint was filed on September 12, 2022, in the United States District Court for the Central District of California;

WHEREAS, Pandora filed the Counterclaims against Spoken Giants on September 26, 2022, in the United States District Court for the Central District of California;

WHEREAS, Spoken Giants was served with the Counterclaims on September 28, 2022;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1), Spoken Giant's current deadline to respond to the Counterclaims is October 19, 2022;

WHEREAS, under Local Rule 8-3, the parties to an action may stipulate to extend the time within which to answer, move or otherwise respond to the initial

---

[1] Spoken Giants specifically and expressly reserves its rights to move or otherwise respond, including its right to object to the Court's jurisdiction, as supported by settled law. *Benny v. Pipes*, 799 F.2d 489, 493 (9th Cir. 1986), *amended*, 807 F.2d 1514 (9th Cir. 1987); *Freeney v. Bank of Am. Corp.*, No. CV1502376MMMPJWX, 2015 WL 4366439, at *20 (C.D. Cal. July 16, 2015); *Heller v. Cepia, L.L.C.*, No. C 11-01146 JSW, 2012 WL 13572, at *10 (N.D. Cal. Jan. 4, 2012), *aff'd in part*, 560 F. App'x 678 (9th Cir. 2014).

complaint by 30 days without the Court's approval;

WHEREAS, prior to the Counterclaims, Spoken Giants was not a party to this litigation, which has been ongoing for more than eight months;

WHEREAS, the Parties agree that Spoken Giants shall have until November 18, 2022 to answer, move, or otherwise respond to the Counterclaims, within the 30-day extension that Local Rule 8-3 affords to stipulated extensions of time to respond;

WHEREAS, the proposed extension will not prejudice either party or affect any other Court-imposed deadlines;

WHEREAS, Spoken Giants has not previously requested an extension of time to respond to the Counterclaims;

NOW, THEREFORE, IT IS HEREBY REQUESTED that the aforementioned response and briefing schedule be adopted by the Court.

**IT IS SO STIPULATED.**

Dated: October 14, 2022       **MCKOOL SMITH, P.C.**

By:   */s/ Jeff McFarland*
Jeff McFarland
*Attorneys for Counterclaim-*
*Defendant Spoken Giants, LLC*

Dated: October 14, 2022       **MAYER BROWN LLP**

By:   */s/ Paul Fakler*
[Paul Fakler]
*Attorneys for*
*Defendant/Counterclaimant*
*Pandora Media, LLC*

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.

By:   */s/ Jeff McFarland*
Jeff McFarland

---

JOINT STIPULATION TO EXTEND PURSUANT TO L.R. 8-3