UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION<br><br>This Document Relates To:<br><br>2:22-cv-00809 (Spoken Giants) | Master File No.: 2:22-cv-00809-MCS-MAR<br><br>CONSOLIDATED ACTION<br>**ORDER GRANTING JOINT STIPULATION**<br>Honorable Mark C. Scarsi<br>Courtroom: 7C<br>Counterclaims Served: Sept. 28, 2022<br>Current Response Date: Oct. 19, 2022<br>New Response Date: Nov. 18, 2022 |

Having considered the parties' joint stipulation to extend the deadline for Spoken Giants to respond to Pandora Media, LLC's counterclaims, the Court finds that good cause exists and hereby approves the stipulation and orders as follows:

Spoken Giants shall have up to and inclusive of November 18, 2022 to answer or otherwise respond to Pandora Media, LLC's Counterclaims.

**IT IS SO ORDERED.**

Dated: October 18, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1