1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.: 2:22-cv-00809-MCS-MAR<br><br>CONSOLIDATED ACTION<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SET COORDINATED AMENDMENT AND RESPONSE SCHEDULE**<br><br>Honorable Mark C. Scarsi<br>Courtroom: 7C |
|---|---|


## **[PROPOSED] ORDER**

Having considered the Parties' joint stipulation to set a coordinated amendment and response schedule for Pandora's intended amendment of its various Counterclaims, the Court finds that good cause exists and hereby approves the stipulation and orders as follows:

1) Defendant and Counterclaimant Pandora Media, LLC has up to and inclusive of November 18, 2022 to amend its Counterclaims against Counterclaim Defendants Brave Lion, Inc., Nick Di Paolo, Mary Reese Hicks, Main Sequence, LTD, Robin Williams Trust, Ron White, Inc., and Yellow Rose Productions, Inc. and WordCollections, Inc.; and Pandora Media, LLC has up to and inclusive of November 18, 2022 to amend its Counterclaims against Counterclaim Defendants Lewis Black and Spoken Giants, LLC in response to this Court's October 26, 2022 Order.

2) In the event Pandora Media, LLC does not amend or voluntarily withdraw its Counterclaims against Counterclaim Defendants Lewis Black and Spoken Giants, LLC by November 18, 2022, Counterclaim Defendants Lewis Black and Spoken Giants, LLC will have until December 19, 2022 to answer, move, or otherwise respond to Pandora Media, LLC's existing Counterclaims (ECF No. 72).

Dated: _____

_____
Hon. Mark C. Scarsi
Judge, United States District Court