Jeffery D. McFarland
McKool Smith Hennigan
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1010   Fax: (213) 694-1234

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION<br><br>Plaintiff(s)<br>v.<br><br>This Document Relates To: :22-cv-04634-MCS-MAR (Black)<br><br>Defendant(s). | CASE NUMBER<br><br>MASTER FILE NUMBER 2:22-cv-00809-MCS-MAR<br>CONSOLIDATED ACTION<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

DeArman, Travis E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 978-4000            (214) 978-4044
*Telephone Number*       *Fax Number*

tdearman@McKoolSmith.com
*E-Mail Address*

of McKool Smith, P.C.
300 Crescent Court
Suite 1500
Dallas, Texas 75201
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Spoken Giants, LLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Counter Defendant

**and designating as Local Counsel**

McFarland, Jeffery D.
*Designee's Name (Last Name, First Name & Middle Initial)*

157628         (213) 694-1010            (213)694-1234
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jmcfarland@mckoolsmith.com
*E-Mail Address*

of McKool Smith Hennigan
300 South Grand Avenue
Suite 2900
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: November 9, 2022

*[signature]*

**U.S. District Judge Mark C. Scarsi**