Jeff McFarland (SBN 157628)
jmcfarland@McKoolSmith.com
MCKOOL SMITH P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Travis DeArman *(pro hac vice)*
tdearman@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile:  (214) 978-4044

Attorneys for Counterclaim Defendant
SPOKEN GIANTS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No.: 2:22-cv-00809-MCS-MAR<br>CONSOLIDATED ACTION<br><br>**DECLARATION OF TRAVIS DEARMAN IN SUPPORT OF SPOKEN GIANTS LLC.'S NOTICE OF MOTION AND MOTION FOR RULE 11 Sanctions**<br>Filed concurrently with the Notice of Motion and Motion for Rule 11 Sanctions and [Proposed] Order<br><br>Date: March 6, 2023<br>Time: 9am<br>Courtroom: 7C<br>Assigned to Hon. Mark C. Scarsi |

DECLARATION OF TRAVIS DEARMAN

# DECLARATION OF TRAVIS DEARMAN

I, Travis DeArman, declare as follows:

1. I am an attorney and principal in the law firm of McKool Smith P.C., attorneys for Counterclaim-Defendant Spoken Giants, LLC ("Spoken Giants") in the above-entitled action.

2. I have personal knowledge of the facts set forth below. If called upon to testify, I could and would competently testify to the facts set forth below.

3. Attached hereto as **Exhibit A** is a true and correct copy of the email correspondence sent from Spoken Giants to Pandora on April 19, 2021 (the "April 19 Email");

4. Attached hereto as **Exhibit B** is a true and correct copy of the proposed term sheet (the "Term Sheet"), which was sent to Pandora as an attachment to the April 19 Email.

5. Attached hereto as **Exhibit C** is a true and correct copy of the sample affiliation agreement (the "Affiliation Agreement"), available at https://www.spokengiants.com/assets/Spoken-Giants-AFFILIATION-AGREEMENT-BLANK.pdf.

6. Attached hereto as **Exhibit D** is a true and correct copy of the executed affiliation agreement (the "Lewis Black Affiliation Agreement") between Spoken Giants and Lewis Black.

7. Attached hereto as **Exhibit E** is a true and correct copy of a transcript of the online conversation between Ted Alexandro and Eddie Pepitone, which was referenced in Pandora's Amended Counterclaims against Spoken Giants, Dkt. No. 94 ¶ 51.

1
DECLARATION OF TRAVIS DEARMAN

1  I declare under penalty of perjury of the laws of the United States that the
2  foregoing is true and correct.
3
4  DATED: January 25, 2023                         By: /s/ Travis DeArman

McKool Smith P.C.
Los Angeles, CA

2
DECLARATION OF TRAVIS DEARMAN