# EXHIBIT B

## Term Sheet

This understanding ("Term Sheet") is by and between Spoken Giants LLC, with offices in Nashville, TN ("Spoken Giants" or "Licensor") and _____, with offices in _____ ("Licensee"). This Term Sheet is not a binding contract between the parties, but it shall be kept confidential.

**Purpose**

This Term Sheet sets forth the primary licensing terms as agreed upon by the undersigned parties and will be reflected in a license agreement that will be negotiated in full between the parties.

**Proposed License Terms**

| | | |
|---|---|---|
| 1. | Grant of Rights | In exchange for the Royalties payable under the license, Licensor grants to Licensee a non-exclusive, non-transferrable, non-sublicensable license in the Territory to Perform Publicly, Reproduce, Distribute, and/or Synchronize on or through Licensee's Service some, any or all of Works in Licensor's Catalog during the Term. Any rights not specified herein are expressly reserved by Licensor. |
| 2. | Works | The Works are comedic literary copyrighted material. For avoidance of doubt, "Works" shall not include any rights in or to the master recordings or audio-visual recordings containing the Works. |
| 3. | Catalog | Licensor's Catalog is those Works for which Licensor has the authority to license to Licensee, which list will be provided by Licensor under a Non-Disclosure Agreement. Any Work for which the Licensor acquires the right to license after the effective date of the license agreement will be included in the Catalog as of the date the Licensor obtains such rights. Works that are part of the Catalog as of the effective date of a final license agreement will not removed from the Catalog during the Term. |
| 4. | Term | The Term will be three (3) years from the effective date of the license agreement. |
| 5. | Territory | The Territory will be Worldwide. |
| 6. | Service | [[description of service; e.g., interactive service, UGC site, etc.]] |
| 7. | Royalty | Licensee will pay Licensor its Pro-Rata Share of 4% of Licensee's Service Revenue. Licensee will pay quarterly in arrears, net 30 days. The Royalty payable hereunder is inclusive of and covers all of the rights granted by the license. |

| | | |
|---|---|---|
| 8. | Pro-Rata Share | The Licensor's Pro-Rata Share is a fraction the numerator of which is the total number of times Works in the Catalog were digitally transmitted on Licensee's Service during a relevant accounting period and the denominator of which is the total number of times all Works were digitally transmitted on Licensee's Service during the same period. |
| 9. | Reporting | At the same time it pays Royalties due hereunder, Licensee will provide usage reports sufficient to show the number of times each Work in the Catalog was digitally transmitted on Licensee's Service during the relevant accounting period, as well as the total number of digital transmissions of all comedic literary copyrighted materials on Licensee's Service during the same period. |
| 9. | Release of Liability | Initial Payment<br><br>In exchange for a one-time payment equal to Licensor's Pro-Rata Share of ▌ of Licensee's Service Revenue for the thirty-six (36) months immediately prior to the effective date of the license agreement, Licensor agrees to release from liability and to hold harmless Licensee for any prior infringement of Licensor's copyright rights in the Works.<br><br>On-going Obligtion<br><br>On the effective date of the license agreement, Licensee will create a list of the top 50 comedians ("Top 50") on its service. For those comedians in the Top 50 that are not part of Licensor's catalog as of the effective date but who become affiliates of Licensor and licensable under the license agreement, Licensee will pay Licensor the Pro-Rata Share of 4% of Licensee's Service Revenue for the thiry-six (36) months immediately prior to Licensor's ability to license said affiliate's Works. |
| 10. | Service Revenue | Service Revenue means the gross revenue, without offset or deduction, earned by Licensee for the provision of the Service in the Territory during the Term. |
| 11. | Most Favored Nations | Licensee agrees that it will not license comedic literary copyrighted material of a nature similar to the Works licensed hereunder for a rate that is higher than the Royalty specified herein. If Licensee does license such works at a higher effective rate, then Licensee will notify Licensor and pay Licensor at that higher rate. |
| 12. | Representations and Warranties | Licensor represents and warrants that<br><br>it has the full right, power and authority to grant the rights granted to Licensee hereunder; |

| | | |
|---|---|---|
| | | the Catalog of Works licensed hereunder include all the Works that Licensor has the right to license; and |
| | | the Catalog of Works licensed hereunder for Licensee's Service is not smaller or more limited than that licensed by Licensor to any other comparable licensee. |
| 13. | Indemnity | As long as Licensee is in compliance with the terms of the license agreement, Licensor will indemnify and hold harmless Licensee from any claims of infringement of any of the rights granted under the license with respect to any of the Works in the Catalog. |
| 14. | Termination | Any license agreement may be terminated by either party in the event a material breach remains uncured for thirty (30) days after notification to the breaching party. |
| 15. | Confidentialty | The terms of this Term Sheet and any resulting license agreement are confidential and will not be disclosed by either party. Either party, however, may disclose publicly that it has signed this Term Sheet and/or executed a license agreement with the other party. |
| 16. | Governing Law | This Term Sheet and any license agreement will be governed by the laws of the state of Tennessee. |
| 17. | Perform Publicly, Reproduce, and Synchronize | These terms have their common meaning under U.S. copyright law, including but not limited to the Copyright Act (Title 17 of the U.S. Code). |

**[LICENSEE]**                                              **SPOKEN GIANTS LLC**

By: _____          By: _____

Name: _____          Name: _____

Title: _____          Title: _____