# EXHIBIT F

| | |
|---|---|
| **Cc:** | Subramaniam, Jaesan[jsubramaniam@pandora.com]; patrick_donnelly@siriusxm.com[patrick_donnelly@siriusxm.com] |
| **To:** | Morris, Iain[imorris@pandora.com] |
| **From:** | jennifer king-campbell[jenkingcampbell@gmail.com] |
| **Sent:** | Tue 3/29/2022 8:05:46 PM (UTC) |
| **Subject:** | Re: [EXTERNAL] Spoken Giants/Pandora |

Gorilla Redacted Master Recordings Agreement.pdf
Untitled attachment 242458.htm
Spoken Giants Membership Agreement Redacted.pdf
Untitled attachment 242461.htm

Iain/Jaesan - Hope you both are doing well. I just wanted to follow up and begin to discuss next steps, along with insuring that you have everything you need to review our current catalog against your spinning database.

Per your request, attached is a copy of the standard Spoken Giants affiliate agreement showing our exclusive right to license the works, along with a recording agreement between 800 Pound Gorilla and a relatively well-known comedian (redacted). As you will see from the label agreement, it is clear in both the grant of rights and the copyright clauses that the right in the underlying comedic works are not conveyed to the label (which is 800# in this case). This should settle any outstanding questions regarding our ability to license the works we are discussing  Additionally, I am resending the link to our catalog (below). As a reminder, this is a live document, with additional works being added on an on-going basis. If you have any questions on these documents or need additional items from us in order to move things forward, please let me know as soon as possible.


https://docs.google.com/spreadsheets/d/11honNrDMAQyEjbWQUUn18LZjOSKYugPbWGjuL4FGpMk/edit#gid=0