MAYER BROWN LLP
PAUL M. FAKLER (*pro hac vice*)
*pfakler@mayerbrown.com*
JACOB B. EBIN (*pro hac vice*)
*jebin@mayerbrown.com*
ALLISON AVIKI (*pro hac vice*)
*aaviki@mayerbrown.com*
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
DANIEL D. QUEEN (SBN 292275)
*dqueen@mayerbrown.com*
MEERIM A. NEHME (SBN 322234)
*mnehme@mayerbrown.com*
333 S. Grand Avenue, 47th Floor
Los Angeles, California  90071-1503
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendant
Pandora Media, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION | Master File No. 2:22-cv-00809-MCS-MAR |
| This Document Relates To: | <u>CONSOLIDATED ACTION</u> |
| ALL ACTIONS | **DECLARATION OF ALLISON AVIKI IN SUPPORT OF PANDORA MEDIA, LLC'S OPPOSITION TO SPOKEN GIANTS' RULE 11 MOTIONS FOR SANCTIONS** Filed Concurrently with Opposition to Motion For Sanctions. |

# DECLARATION OF ALLISON AVIKI

I, Allison Aviki, declare as follows:

1.      I am a partner at Mayer Brown LLP and counsel of record for Pandora Media, LLC ("Pandora") in the above-entitled action.

2.      I have personal knowledge of the facts set forth below. If called upon to testify, I could and would competently testify to the facts set forth below.

3.      Attached as Exhibit A is a timeline representation of publicly available statements or representations concerning Spoken Giants; the sources of these statements and representations appear in the below-referenced and attached exhibits.

4.      Attached as Exhibit B is a true and correct copy of a Spoken Giants' press release, dated October 28, 2020, available at https://www.spokengiants.com/press-release.

5.      Attached as Exhibit C is a true and correct copy of an October 28, 2020 article from Billboard titled *No Joke: Music Industry Veterans Turn to Royalty Collections for Comedians, Podcasters*, removing certain extraneous material collected in the page capture and available at https://www.billboard.com/pro/spoken-giants-launch-royalty-collections-comedians-podcasters-copyrights/.

6.      Attached as Exhibit D is a true and correct copy of the relevant, quoted portions of a Velocity of Content podcast recording titled *Spreading The Word – Rights, Royalties And Collections For Podcasts And Spoken Word Audio*, available at http://velocityofcontentpodcast.com/wp-content/uploads/2021/02/EntertainmentWorldPanelTranscript.pdf.

7.      Attached as Exhibit E is a true and correct copy of a November 10, 2021 article from Pollstar titled *Spoken Giants Signs Tom Segura, Tiffany Haddish, Jeff Foxworthy, Patton Oswalt & More For Royalty Representation*, removing certain extraneous material collected in the page capture and available at https://news.pollstar.com/2021/11/10/spoken-giants-signs-tom-segura-tiffany-haddish-jeff-foxworthy-patton-oswalt-more-for-royalty-representation/.

1    8.    Attached as Exhibit F is a true and correct copy of a Spoken Giants'

2   press    release,    dated    December    1,    2021,    available    at

3   https://www.spokengiants.com/news/post/spoken-giants-update-12-1-2021.

4    9.    Attached as Exhibit G is a true and correct copy of a December 6, 2021

5   article from AV Club titled *Spotify Pulls Hundreds of Comedians' Content Amid*

6   *Dispute Over Royalties*, removing certain extraneous material collected in the page

7   capture    and    available    at    https://www.avclub.com/spotify-pulls-hundreds-of-

8   comedians-content-amid-disput-1848166712.

9    10.    Attached as Exhibit H is a true and correct copy of a Spoken Giants'

10   press    release,    dated    December    10,    2021,    available    at

11   https://www.spokengiants.com/news/post/spoken-giants-update-12-10-2021.

12    11.    Attached as Exhibit I is a true and correct copy of a tweet from Spoken

13   Giants,    dated    December    10,    2022,    available    at

14   https://twitter.com/spokengiants/status/1469433265044008964?lang=en.

15    12.    Attached as Exhibit J is a true and correct copy of an April 18, 2022

16   article from Bloomberg titled *Comedians' Feud With Streaming Giants Asks: Who*

17   *Can Use My Joke?*, removing certain extraneous material collected in the page

18   capture    and    available    at    https://news.bloomberglaw.com/ip-law/comedians-feud-

19   with-streaming-giants-asks-who-can-use-my-joke.

20    13.    Attached as Exhibit K is a true and correct copy of the Spoken Giants'

21   website    "Membership"    page    available    at

22   https://www.spokengiants.com/membership.

23    14.    Attached as Exhibit L is a true and correct copy of a dynamic link from

24   the    Spoken    Giants'    website    page    available    at

25   https://www.spokengiants.com/membership. This link is viewable by scrolling down

26   the page to the portion titled "Our Rights Administration Process" and clicking on

27   Step 1 titled, "Member Assets Registered in the Spoken Giants Catalog."

28

15. Attached as Exhibit M is a true and correct copy of a dynamic link from the Spoken Giants' website page available at https://www.spokengiants.com/membership. This link is viewable by scrolling down the page to the portion titled "Our Rights Administration Process" and clicking on Step 2 titled, "Licensing Your Catalog to Performance Outlets."

16. Attached as Exhibit N is a true and correct copy of the Spoken Giants' website "Licensing" page available at https://www.spokengiants.com/licensing.

17. Attached as Exhibit O is a true and correct copy of the Brief of Respondent-Appellee DMX Inc. in *Broadcast Music, Inc. v. DMX Inc.*, No. 10-3429 (2d Cir. Apr. 6, 2011) (ECF No. 108).

18. Attached as Exhibit P is a true and correct copy of the Brief of Applicant-Appellee DMX Inc. in *In Re: Application of THP Capstar Acquisition Corp.*, No. 11-127 (2d Cir. Apr. 29, 2011) (ECF No. 106).

19. Attached as Exhibit Q is a true and correct copy of the Brief for the United States as Amicus Curiae in *Broadcast Music, Inc. v. DMX Inc.*, No. 10-3429 (2d Cir. Apr. 14, 2011) (ECF No. 120).

20. Attached as Exhibit R is a true and correct copy of a verified transcript prepared by Veritext Legal Solutions of a conversation between comedians Ted Alexandro and Eddie Pepitone, available behind a paywall at https://rokfin.com/stream/11692/Spotify-Screws-Comedians and titled "*Spotify Screws Comedians.*"

1       I hereby declare under penalty of perjury that the foregoing is true and correct.

2   Executed at New York, New York on February 8, 2023.

3

4

5                                 By: /s/ Allison Aviki
                                    Allison Aviki

6                                     Attorney for Defendant
7                                     PANDORA MEDIA, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ALLISON AVIKI IN SUPPORT OF PANDORA'S OPPOSITION TO SPOKEN GIANTS'
RULE 11 MOTION FOR SANCTIONS,
CASE NO. 2:22-CV-00809-MCS-MAR