MAYER BROWN LLP
PAUL M. FAKLER (*pro hac vice*)
pfakler@mayerbrown.com
JACOB B. EBIN (*pro hac vice*)
jebin@mayerbrown.com
ALLISON AVIKI (*pro hac vice*)
aaviki@mayerbrown.com
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
DANIEL D. QUEEN (SBN 292275)
dqueen@mayerbrown.com
MEERIM A. NEHME (SBN 322234)
mnehme@mayerbrown.com
333 S. Grand Avenue, 47th Floor
Los Angeles, California  90071-1503
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendant
Pandora Media, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION | Master File No. 2:22-cv-00809-MCS-MAR |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | CONSOLIDATED ACTION<br><br>**DECLARATION OF IAIN MORRIS IN SUPPORT OF PANDORA MEDIA, LLC'S OPPOSITION TO WORD COLLECTIONS, INC.'S MOTION FOR SANCTIONS**<br>Filed Concurrently with Opposition to Motion |

# DECLARATION OF IAIN MORRIS

I, Iain Morris, declare as follows:

1. I am currently employed by Pandora Media, LLC ("Pandora") as Vice President Music Licensing, Head of Publishing and Creative Licensing. My work is focused on the licensing of music publishing rights. I have very little direct involvement with Pandora's comedy business.

2. I have personal knowledge of the facts set forth below. If called upon to testify, I could and would competently testify to the facts set forth below.

3. I have had a personal friendship with Jeff Price for many years. When Mr. Price reached out to me, rather than one of my colleagues at Pandora, in late 2020 regarding his Word Collections venture, it was my understanding that he chose to do so because of our personal relationship.

4. As I advised Mr. Price in January of 2021, comedy licensing "isn't in my remit at Pandora," and I asked him to "please direct all future correspondence to Jaesan [Subramaniam], on copy." A true and correct copy of this correspondence is attached as Exhibit A. I had already informed Mr. Price in November of 2020 that Mr. Subramaniam would be his "point of contact for this matter." A true and correct copy of this correspondence is attached as Exhibit B. Mr. Price continued to reach out to me directly, often failing to copy the colleagues I had indicated should be his primary contacts on this matter. He claimed he viewed me as a "friend and ally." A true and correct copy of this correspondence is attached as Exhibit C.

5. From the beginning, I was clear with Mr. Price that comedy licensing was not my area of expertise, that the process of determining what, if any, licensing agreement Pandora would accept with Word Collections would take a long time and be difficult to figure out, and that I would be happy to help figure out what a license might look like if such licenses turn out to be necessary and legitimate.

6. I understand that Mr. Price is saying that, during his conversations with myself and Mr. Subramaniam, he "made clear that Word Collections was amenable

- 1 -

to enter into negotiations in whatever manner Pandora wanted, and that there were no pre-conditions as to the form of the license Word Collections wanted with Pandora." This does not align with my understanding. While Mr. Price stated that he wanted "to work with [me] and Pandora to set the rate, recover past royalties and get the pipeline going for future broadcast," he never expressed a willingness or desire to offer anything other than a blanket license. *See* Exhibit A. In other words, while Mr. Price did suggest that Word Collections might be amenable to discussing certain aspects of a license, it was always clear to me and my colleagues at Pandora that the only type of license that Word Collections would consider was a blanket license. That understanding was only reinforced by the single proposed license sent by Mr. Price in March of 2021—the only licensing option that we ever discussed.

7.   My colleagues at Pandora and I understood the proposed license offered by Mr. Price to be a blanket license that covered all of the works in the Word Collections catalogue. Mr. Price never offered to license any rights of individual comedian members of Word Collections outside of this blanket license, nor did he ever offer to license a subset of the rights Word Collections purports to control. As noted above, when Mr. Price reached out to me in November of 2020 about the "1,200 works Word Collections controls and represents," he stated that his goal was to "work with [me] and Pandora to set the rate, recover past royalties and get the pipeline going for future broadcast" of the works. *See* Exhibit A. I understood this to mean Mr. Price intended to license the entire Word Collections catalogue in a blanket license at a single uniform rate, not through individually negotiated rates for each comedian or work.

8.   Nor would I expect Mr. Price to offer any license-type other than a blanket license covering Word Collections' entire catalog. Mr. Price and others associated with Word Collections made clear that their business and licensing models were based upon the PRO model (as employed for music performance rights by collectives such as ASCAP and BMI). I am, and anyone else involved in the music

licensing business—including Mr. Price—would be, very familiar with the blanket licensing practices of the music PROs and would not interpret Mr. Price's license proposal as anything other than a blanket license, especially given that Mr. Price never once even mentioned the concept of negotiating individual comedian or individual work licenses—something that the PROs do not do either.

9. I do not consider myself to have engaged in any substantive licensing negotiations with Mr. Price. The only aspect of a potential license that I recall any exchange with Mr. Price on concerned how to address potential changes over time to Word Collections' claimed catalog. In other words, the only term we exchanged on that I recall took as a given that the license Word Collections expected Pandora to take was a blanket license. A true and correct copy of this correspondence is attached as Exhibit D.

10. Between fall of 2020 and fall of 2021, I received multiple emails from Mr. Price using our personal relationship to try to pressure me to "move things forward" and "move this along" to "just get this done" and expressing displeasure at the speed with which Pandora was considering and evaluating his demands and allegations. True and correct copies of this correspondence are attached as Exhibits E and F; *see also* Exhibit C. Mr. Price eventually resorted to threats of litigation if Pandora did not move as fast as he wanted. Exhibit C. The frequent catalog updates I received from Word Collections over this period of time made clear that Word Collections was continuing to amass leverage for the purpose of forcing Pandora to take its blanket license or face litigation. I took this "license or litigate" position seriously given Mr. Price's reputation for pursuing litigation when he did not get what he wanted.

11. On September 14, 2021, I understand that Pandora's outside counsel at the time, O'Melveny & Myers LLP, reached out to attorney Richard Busch as outside counsel for Word Collections, "in connection with the claims asserted in [Mr. Busch's] March 9, 2021 letter and recent correspondence from Mr. [Bob] Kohn and

Mr. Price." *See* Exhibit A to the Declaration of Richard S. Busch ISO Certain Plaintiff/Counterclaim Defendants' Joinder in Motion for Sanctions. Three days later, on September 17, 2021, I received a series of text messages from Jeff Price, reading "Not cool….." followed by a link to "The Sound of Silence" by Simon & Garfunkel, followed by a third message stating, "This was a really dumb thing to do…" A true and correct copy of these text messages is attached as Exhibit G.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, on February 4, 2023.

By: *Iain Morris*
Iain Morris
Vice President Music Licensing, Head of Publishing and Creative Licensing, Pandora Media, LLC