# EXHIBIT B

| | |
|---|---|
| From: | Jeff Price [jeff@wordcollections.com] |
| Sent: | 12/1/2020 12:16:28 AM |
| To: | Subramaniam, Jaesan [jsubramaniam@pandora.com]; Jeff Levy [jlevy@rlfllp.com] |
| CC: | Iain Morris [imorris@pandora.com] |
| BCC: | imorris@pandora.com |
| Subject: | Jeff Levy/Jaesan/ Next Steps.Re: May we please speak? Re: Set time to speak? Re: Bill Engvall/Updated list. Literary Works/License follow up/Word Collections |

Hi Jaesan

It's a pleasure to meet you. I am looping in Jeff Levy (GC for Word Collections) to connect directly with you.

I look forward to speaking further.

Thank You

Jeff Price
jeff@wordcollections.com
347 886 6503


> On Nov 30, 2020, at 6:32 PM, Morris, Iain <imorris@pandora.com> wrote:
>
> Hi Jeff
>
> Apologies for missing you before the holiday weekend.
>
> Looping in my colleague Jaesan Subramanium (Corporate Counsel, Music Licensing) who will be your point of contact for this matter. Over to you both.
>
> Best,
>
> Iain
>
> On 11/30/20, 9:54 AM, "Jeff Price" <jeff@wordcollections.com> wrote:
>
>     HI Iain
>
>     May we please set a time to speak?
>
>     Thank You
>
>     Jeff Price
>     jeff@wordcollections.com
>     347 886 6503
>
>
>
>> On Nov 25, 2020, at 10:54 AM, Jeff Price <jeff@wordcollections.com> wrote:
>>
>> Hi Iain
>>
>> May we please set a time to speak?
>>
>> Also, more sign ups with Dwayne Kennedy and Corey Rodrigues
>>
>> More rights assignments of note coming in on top of those
>>
>>
>> Jeff Price
>> jeff@wordcollections.com
>> 347 886 6503
>>
>>
>>
>>> On Nov 23, 2020, at 10:51 AM, Jeff Price <jeff@wordcollections.com> wrote:
>>>
>>> <Metadata Word Collections Nov 232020.xlsx>
>>

>
>

CONFIDENTIAL PAN_0005071