MAYER BROWN LLP
PAUL M. FAKLER (*pro hac vice*)
pfakler@mayerbrown.com
JACOB B. EBIN (*pro hac vice*)
jebin@mayerbrown.com
ALLISON AVIKI (*pro hac vice*)
aaviki@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for Defendant Pandora Media, LLC*

*Additional counsel listed on the following page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 2:22-cv-00809-MCS-MAR<br><br>CONSOLIDATED ACTION<br><br>**JOINT STIPULATION FOR COORDINATED BRIEFING SCHEDULE FOR PARTIES' DISCOVERY MOTIONS**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>Hon. Margo A. Rocconi |

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
DOUGLAS A. SMITH (SBN 290598)
dougsmith@mayerbrown.com
MICHAEL A. CALVANICO (SBN 344792)
mcalvanico@mayerbrown.com
333 S. Grand Avenue, 47th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant
Pandora Media, LLC*

KING & BALLOW
RICHARD S. BUSCH (SBN 319881)
rbusch@kingballow.com
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Telephone: (434) 253-1255
Facsimile: (888) 688-0482

*Attorney for Plaintiffs Yellow Rose Productions, Inc.; Main Sequence Ltd.; Ron White, Inc.; Robin Williams Trust; Brave Lion, Inc.; Nick Di Paolo; Mary Reese Hicks; Lewis Black; and George Lopez*

1    Pursuant to Local Rule 7-1, Plaintiffs Yellow Rose Productions, Inc., on behalf
2  of Bill Engvall; Main Sequence, Ltd.; Ron White, Inc., on behalf of Ron White;
3  Robin Williams Trust; Brave Lion, Inc., on behalf of Andrew Clay Silverstein a/k/a/
4  Andrew Dice Clay; Nick Di Paolo, individually and on behalf of Acid Tongue, Inc.;
5  Mary Reese Hicks, individually and on behalf of Arizona Bay Production Co. Inc.;
6  Lewis Black; and George Lopez (collectively, "Plaintiffs"), along with Defendant
7  Pandora Media, LLC ("Pandora" and with Plaintiffs, the "Parties"), through their
8  counsel, submit this joint stipulation to set a coordinated briefing schedule for the
9  discovery disputes elevated to the Court on May 18 and 19, 2023 as follows:

10   **WHEREAS**, on May 18, 2023, Plaintiffs elevated a discovery dispute to the
11  Court through the process required by Judge's Procedure 1.b.ii;

12   **WHEREAS**, on May 19, 2023, Pandora elevated a discovery dispute to the
13  Court through the process required by Judge's Procedure 1.b.ii;

14   **WHEREAS**, on May 23, 2023, the Court granted the Parties leave to file a
15  motion without a telephonic conference for both Plaintiffs' May 18 and Pandora's
16  May 19 requests;

17   **WHEREAS**, the Parties have complied with the requirements of Local Rule
18  37 and FRCP 37 and have met and conferred in good faith in an attempt to reach a
19  resolution prior to filing motions but have been unable to reach such a resolution;

20   **WHEREAS**, the issues raised by the Parties are substantially similar and
21  inherently related such that the interests of justice and judicial efficiency would be
22  best served by a coordinated briefing schedule;

23   **WHEREAS**, the Parties each agree to exchange the moving Party's portion of
24  each Party's respective Joint Stipulation, as required by Local Rule 37-2.2, on June
25  27, 2023;

26   **WHEREAS**, the Parties agree to extend the minimum time permitted for the
27  opposing Party to supply its portion of the Joint Stipulation from seven to ten days,
28

as permitted by Local Rule 37-2.2, and agree to supply the opposing Parties' portions of the Joint Stipulations on July 7, 2023;

**WHEREAS**, any Supplemental Memorandum shall be filed no later than fourteen days before the hearing date;

**WHEREAS**, the Parties request a hearing date of August 2, 2023, at 11:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED THAT**, by and between counsel for the undersigned Parties, and subject to the approval of the Court, the aforementioned briefing schedule be adopted by the Court.

DATED: June 9, 2022          MAYER BROWN LLP

*/s/ Paul M. Fakler*
Paul M. Fakler
Attorney for Defendant Pandora Media, LLC

DATED: June 9, 2023          KING & BALLOW

*/s/ Richard Busch*
Richard Busch

Attorney for Plaintiffs *Yellow Rose Productions, Inc.; Main Sequence Ltd.; Ron White, Inc.; Robin Williams Trust; Brave Lion, Inc.; Nick Di Paolo; Mary Reese Hicks; Lewis Black; and George Lopez*

## FILER'S ATTESTATION

Pursuant to local rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.

*/s/ Paul M. Fakler*
Paul M. Fakler