UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 2:22-cv-00809-MCS-MAR<br><br>CONSOLIDATED ACTION<br><br>**ORDER ON STIPULATION MODIFYING PRETRIAL DEADLINES (ECF No. 171)** |

The Court has reviewed the parties' Joint Stipulation to Continue Pretrial Deadlines and to Set the Briefing and Hearing Schedule for Summary Judgment Motions. (Stipulation, ECF No. 171.) The Court previously recognized "that the complexity of this case may make it difficult to comply with the current discovery timeline." (Order Re: Case Schedule, ECF No. 64.) Further, this is the first request by any party for a modification of the schedule. As a result, the Court is satisfied that there is good cause to modify the schedule as set forth below. *See Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). The Court also finds good cause to set a trial schedule given the modification.

1

**MODIFIED SCHEDULE OF PRETRIAL AND TRIAL DATES**

| Trial and Final Pretrial Conference Dates | | Court Order mm/dd/yyyy |
|---|---|---|
| Trial | | December 3, 2024 at 8:30 a.m.<br>☒ Jury Trial<br>☐ Court Trial<br>3–5 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | | November 18, 2024 at 2:00 p.m. |
| Event [1]<br>*Note:* Hearings shall be on Monday at 9:00 A.M. Other dates can be any day of the week. | Weeks Before FPTC | Court Order mm/dd/yyyy |
| Last Date to *Hear* Motion to Amend Pleadings /Add Parties | | August 28, 2023 |
| Non-Expert Discovery Cut-Off | 17 | February 28, 2024 |
| Expert Disclosure (Initial) | | March 29, 2024 |
| Expert Disclosure (Rebuttal) | | May 10, 2024 |
| Expert Discovery Cut-Off | 12[2] | June 28, 2024 |
| Last Date to *Hear* Motions<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | August 26, 2024 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | September 9, 2024<br>☐ 1. Magistrate Judge<br>☐ 2. Court's Mediation Panel<br>☒ 3. Private Mediation |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony *(court trial only)* | 3 | October 28, 2024 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | November 4, 2024 |

The Court notes that these new dates reflect a significant modification from the original schedule, and the trial date is set only a few months shy of the three-year anniversary of the date this case was initially filed. Additionally, while this case involves many moving pieces, the Court's prior rulings have significantly narrowed the

number of disputed issues.  As a result, the Court sees no reason why a final disposition cannot be achieved within the timeframe set forth above.

      The Court again reiterates that it is strongly "committed to adhering to all scheduled dates." (Initial Standing Order § 4, ECF No. 7.)  To that end, the Court does not anticipate granting any further continuances or requests to modify the schedule.  The Court will not entertain any stipulation, ex parte application, or motion to extend any other date or deadline absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: June 15, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE