MAYER BROWN LLP
PAUL M. FAKLER (*pro hac vice*)
*pfakler@mayerbrown.com*
JACOB B. EBIN (*pro hac vice*)
*jebin@mayerbrown.com*
ALLISON AVIKI (*pro hac vice*)
*aaviki@mayerbrown.com*
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
DOUGLAS A. SMITH (SBN 290598)
dougsmith@mayerbrown.com
MAX W. HIRSCH (SBN 301872)
mhirsch@mayerbrown.com
MICHAEL A. CALVANICO (SBN 344792)
mcalvanico@mayerbrown.com
333 S. Grand Avenue, 47th Floor
Los Angeles, California 90071-1503
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

*Attorneys for Defendant
Pandora Media, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION | Master File No. 2:22-cv-00809-MCS-MAR <br><br> <u>CONSOLIDATED ACTION</u> <br><br> **NOTICE OF URGENT NEW FACTS RELATING TO PARTIES' JOINT STIPULATION TO MODIFY THE CASE SCHEDULE TO REINSTATE THAT EXPERT DISCLOSURES FOLLOW THE CLOSE OF FACT DISCOVERY** <br><br> Hon. Mark C. Scarsi |

## **NOTICE OF URGENT NEW FACTS**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

On February 20, 2024, the parties filed their "Joint Stipulation to Modify the Case Schedule to Reinstate that Expert Disclosures Follow the Close of Fact Discovery" (the "Stipulation"), ECF No. 245. One of the effects of the Stipulation, if granted, would be to move the beginning of expert discovery to May 29, 2024, with the close of expert discovery moving to August 28, 2024. *Id.*

After the parties filed the Stipulation, on February 23, 2024, Pandora was informed that one of its main experts recently received a medical diagnosis that urgently requires hospitalization, surgery, and recovery.[1] Pandora expects that this expert witness' surgery will be scheduled as early as possible within the first two weeks of March, and recovery is currently anticipated to last at least through the remainder of March. Consequently, he will be unable to do any significant work for the month of March.

Pandora has already spent a significant amount of time and resources identifying, selecting, working with, and preparing this expert to give his opinion in this case. Moreover, this expert has substantial and unique experience that could not easily be replicated by another expert, which was one of the reasons Pandora retained him. If the Stipulation is not granted, and the current expert discovery schedule remains, Pandora may be forced to try to find a new expert, prepare them, and disclose an expert report all in approximately one month. Even if possible, which is highly doubtful, this would significantly prejudice Pandora. If the Stipulation is granted, however, the additional time before the filing of opening expert reports will allow Pandora's expert sufficient time to recover and complete

---

[1] While Pandora is withholding the name of the expert and the specifics of his diagnosis from this public filing on medical privacy grounds, Pandora will submit under seal any additional information the Court would find useful.

his report. Accordingly, Pandora respectfully submits that this expert's medical need for emergency surgery and recovery is an additional basis to grant the Stipulation.

Plaintiffs' counsel, when informed of the situation and Pandora's intention to file this Notice, had no opposition.

Dated: February 26, 2024

MAYER BROWN LLP

By: */s/ Paul M. Fakler*
Paul M. Fakler

Attorneys for Defendant
PANDORA MEDIA, LLC