KING & BALLOW
Richard S. Busch (SBN 319881)
*rbusch@kingballow.com*
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Telephone: (424) 253-1255
Facsimile: (888) 688-0482

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | Master File No. 2:22-cv-00809-MCS-MAR <br><br> CONSOLIDATED ACTION <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Hon. Mark C. Scarsi <br><br> Hearing Date: October 28, 2024 <br> Time: 9:00 a.m. <br> Courtroom: 7C <br> Pretrial Conference: January 27, 2025 <br> Trial Date: February 11, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 28, 2024 at 9:00 a.m., or as soon thereafter as this matter may be heard, in the court room of the Honorable Mark C. Scarsi, located at First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012, Plaintiffs, Yellow Rose Productions, Inc., on behalf of Bill Engvall; Main Sequence, Ltd.; Ron White, Inc., on behalf of Ron White; Robin Williams Trust; Brave Lion, Inc., on behalf of Andrew Clay Silverstein a/k/a/ Andrew Dice Clay; Nick Di Paolo, individually and on behalf of Acid Tongue, Inc.; Mary Reese Hicks, individually and on behalf of Arizona Bay Production Co. Inc.; Lewis Black; and George Lopez (collectively, "Plaintiffs"), by and through their undersigned counsel, will and hereby do move for partial summary judgment on liability, willfulness, that each Work is entitled to its own statutory damage award, and the affirmative defenses of Defendant Pandora Media, LLC ("Pandora") leaving the sole issue for trial to be the amount of Plaintiffs' damages. The record and binding precedential authorities make clear that Pandora willfully infringed Plaintiffs copyrights by making them available on its interactive and non-interactive streaming platforms while both fully aware of Plaintiffs rights and without license to do so, and that each Work has independent economic value among the other considerations entitling each Work to a separate statutory damage award. The record and binding precedential authorities likewise make clear that none of Pandora's affirmative defenses are factually and/or legally applicable. As such, Plaintiffs are entitled to judgment as matter of law on each of the foregoing issues.

This Motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, *et seq.*, and is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the separate Statement of Uncontroverted Material Facts and Conclusions of Law ("SUMF"), all exhibits thereto, all concurrently filed declarations and their attachments, Plaintiffs' concurrently filed Request for Judicial Notice, along with all papers, pleadings, and

documents on file in this action, and such further evidence, arguments, and authorities as may be presented to the Court at or before the hearing of this Motion.

This Motion is made following the videoconference of counsel pursuant to Local Rule 7-3, which took place on Friday August 9, 2024.

Dated: August 21, 2024         **KING & BALLOW**

By: /s/ *Richard S. Busch*

Richard S. Busch

KING & BALLOW

*Attorney for Plaintiffs*