KING & BALLOW
Richard S. Busch (SBN 319881)
*rbusch@kingballow.com*
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Telephone: (424) 253-1255
Facsimile: (615) 266-4640

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel B. Asimow (SBN 165661)
*daniel.asimow@arnoldporter.com*
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION | Master File No. 2:22-cv-00809-MCS-MAR <br> <u>CONSOLIDATED ACTION</u> <br> Honorable Mark C. Scarsi |
| This Document Relates To: <br><br> ALL ACTIONS | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REVIEW OF SPECIAL MASTER'S REPORT AND RECOMMENDATION RE PARTIES' MOTIONS FOR SUMMARY JUDGMENT** <br><br> *Filed Concurrently with Plaintiffs' Memorandum of Points and Authorities in Support; Declaration of Richard S. Busch, and [Proposed] Order* <br><br> Date: August 25, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 7C <br> Pretrial Conference & Trial Date Not Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that at 9:00 a.m. on August 25, 2025, or as soon thereafter as counsel may be heard, before the Honorable Mark C. Scarsi, located in the First Street Courthouse, 350 West 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012, Plaintiffs Yellow Rose Productions, Inc., on behalf of Bill Engvall; Main Sequence, Ltd.; Ron White, Inc., on behalf of Ron White; Robin Williams Trust; Brave Lion, Inc., on behalf of Andrew Clay Silverstein a/k/a Andrew Dice Clay; Nick Di Paolo, individually and on behalf of Acid Tongue, Inc.; Mary Reese Hicks, individually and on behalf of Arizona Bay Production Co. Inc.; Lewis Black; and George Lopez (collectively "Plaintiffs"), by and through their attorneys, will and hereby do move the Court to review *de novo* the Special Master's Report and Recommendation re Motions for Summary Judgment conditionally filed under seal on or about July 2, 2025 (the "Report"), pursuant to Fed. R. Civ. P. 53 (f), Fed. R. Civ. P. 56, and this Court's Order Appointing Special Master and Granting in Part and Denying in Part Application to Seal filed on October 29, 2024 (Dkt. 477) (the "Order Appointing Special Master"). Plaintiffs also will and hereby do move the Court, by and through its review of the Report, to deny the motion for summary judgment filed by Defendant Pandora Media, LLC ("Defendant"), and to instead grant the motion for partial summary judgment filed by Plaintiffs.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the summary judgment papers filed herein by the parties, the additional materials which the parties provided to the Special Master, and any other matter which the Court may permit.[1]

---

[1] Plaintiffs maintain their objection to the appointment of the Special Master, including to any resubmission to the Special Master. *See* Dkt. 478.

1   This Motion is made following a conference of counsel pursuant to L.R. 7-3,
2  which took place on July 9, 2025.  Plaintiffs are informed that Defendant intends to
3  oppose this Motion in all respects.

5  DATED: July 16, 2025                    Respectfully submitted,

                                           By:    /s/Richard S. Busch
                                                  Richard S. Busch
                                                  KING & BALLOW

                                           Attorney for Plaintiffs
                                           *Yellow Rose Productions, Inc.;*
                                           *Main Sequence Ltd.; Ron White, Inc.;*
                                           *Robin Williams Trust; Brave Lion, Inc.;*
                                           *Nick Di Paolo; Mary Reese Hicks;*
                                           *Lewis Black; and George Lopez*