# Arnold & Porter

**Daniel B. Asimow**
+1 415.471.3142 Direct
Daniel.Asimow@arnoldporter.com

July 25, 2025

**BY ECF**

Honorable Mark C. Scarsi
United States District Court
Central District of California, First Street Courthouse
350 W. 1st Street, Courtroom 7C, 7th Floor
Los Angeles, California 90012

Re:   *In re Pandora Media, LLC Copyright Litigation*, Master File No. 2:22-cv-00809-MCS-MAR

Dear Judge Scarsi:

     At pages 10:15-11:7 of Plaintiffs' recently filed Motion for Review of the Special Master's report (ECF No. 490-2), Plaintiffs discuss whether the evidence in the summary judgment record of sound recording payments concerns *interactive* streaming or only *non-interactive* streaming. Plaintiffs made a similar argument at the hearing before the Special Master. While the summary judgment record primarily concerned payments from SoundExchange (which applies only to non-interactive streaming), Pandora pointed us yesterday to royalty statements (rendered between 2019-2021) to some Plaintiffs from record labels that reflect sound recording payments derived from Pandora's interactive streaming. These particular documents were not in the summary judgment record but were produced in discovery in the case. In light of this information, Plaintiffs withdraw the argument that no Plaintiff received any payments for sound recordings derived from Pandora's interactive streaming. Plaintiffs maintain all other arguments, including the argument on page 11:8-17 that such payments did not compensate Plaintiffs for their separate copyrights in literary works and the argument that Plaintiffs acted promptly after the commencement of interactive streaming.

     I apologize for the inadvertent misstatement.

Sincerely,

*/s/ Daniel B. Asimow*
Daniel B. Asimow