KING & BALLOW
Richard S. Busch (SBN 319881)
rbusch@kingballow.com
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Telephone: (424) 253-1255
Facsimile: (615) 266-4640
*Attorney for Plaintiffs*

*[Additional Counsel Listed On Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 2:22-cv-00809-MCS-MAR<br><br><u>CONSOLIDATED ACTION</u><br><br>**JOINT STATUS REPORT NOTIFYING COURT OF SETTLEMENT CONFERENCE BEFORE THE HONORABLE MARIA A. AUDERO, U.S. MAGISTRATE JUDGE**<br><br>Hon. Mark C. Scarsi<br><br>Pretrial Conference: January 27, 2025<br>Settlement Conference: November 17, 2025<br>Trial Date: Not Set |

Case No. 2:22-cv-00809-MCS-MAR

Pursuant to this Court's September 22, 2025 Order (ECF No. 527), Plaintiffs and Defendant Pandora Media, LLC (collectively the "Parties") hereby submit the following joint status report regarding their upcoming settlement conference. We have been in contact with Magistrate Judge Audero's chambers, and have scheduled a settlement conference for November 17, 2025.

Dated: September 24, 2025  MAYER BROWN LLP

By: /s/ Paul M. Fakler
Paul M. Fakler
*Attorney for Defendant Pandora Media, LLC*

Dated: September 24, 2025  KING & BALLOW

By: /s/ Richard S. Busch
Richard S. Busch
*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: September 24, 2025

By: /s/ Richard S. Busch
Richard S. Busch