UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:22-cv-00809-MCS-MAR | Date: January 29, 2026 |
| Title | Yellow Rose Productions, Inc. v. Pandora Media, LLC | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney Present for Plaintiff:
Andrew H. Davis
Daniel B. Asimow
David Niemierzycki
Richard Steven Busch
Seth Mumy

Attorneys Present for Defendants:
Maximillian Hirsch
Jacob B. Ebin
Paul M. Fakler

**Proceedings (in-Person):**     SETTLEMENT CONFERENCE

On January 28, 2026, the Court conducts a Further Settlement Conference at which all parties appeared and were represented by their respective counsel. The parties reached a settlement of the case in its entirety, including all of the member and related cases as identified on the Court's docket. At the conclusion, the parties executed a Term Sheet which will be reduced to a long-form agreement in the coming weeks.

The Court retains jurisdiction to resolve any matters relating to the finalization of the settlement agreement. If the parties encounter difficulties in finalizing the agreement, they shall notify the Court by contacting Judge Audero's Courtroom Deputy via email to MAA_Chambers@cacd.uscourts.gov.

The parties are ordered to file a Joint Notice of Settlement with the Court **forthwith**.

The parties and their counsel are reminded that all discussions were, and are, deemed to be confidential settlement discussions.

It is so ordered.

**Time in Court:**  7:00