1  KING & SPALDING LLP
2  PAUL M. FAKLER (*pro hac vice*)
   *pfakler@kslaw.com*
   JACOB B. EBIN (*pro hac vice*)
3  *jebin@kslaw.com*
   1290 AVENUE OF THE AMERICAS
4  NEW YORK, NY 10104
   Telephone: (212) 556-2100
5
   *Attorneys for Defendant Pandora Media, LLC*
6
7  KING & BALLOW
   RICHARD S. BUSCH (*SBN 319881*)
8  *rbusch@kingballow.com*
   2121 AVENUE OF THE STARS, SUITE 800
9  LOS ANGELES, CA 90067
   Telephone: (424) 253-1255
10
11 ARNOLD & PORTER KAYE SCHOLLER LLP
   DANIEL B. ASIMOW (*SBN 165661*)
12 *daniel.asimow@arnoldporter.com*
   Three Embarcadero Center, 10th Floor
13 SAN FRANCISCO, CA 94111
   Telephone: (415) 471-3100
14
   *Attorneys for Plaintiffs*
15
16              UNITED STATES DISTRICT COURT
17             CENTRAL DISTRICT OF CALIFORNIA
18                    WESTERN DIVISION
19
20 In Re PANDORA MEDIA, LLC          ) Master File No. 2:22-cv-00809-MCS-
   COPYRIGHT LITIGATION              ) MAR
21                                   )
                                     ) CONSOLIDATED ACTION
22                                   )
   This Document Relates to:         )
23                                   ) **JOINT NOTICE OF SETTLEMENT**
   ALL ACTIONS                       )
24                                   )
                                     ) HON. MARK C. SCARSI
25                                   )
                                     )
26                                   ) Pretrial Conference: Not Yet Set
                                     ) Trial Date: Not Yet Set
27                                   )
                                     )
28 _____  )

Plaintiffs Yellow Rose Productions, Inc., on behalf of Bill Engvall; Main Sequence, Ltd.; Ron White, Inc., on behalf of Ron White; Robin Williams Trust; Brave Lion, Inc., on behalf of Andrew Clay Silverstein a/k/a Andrew Dice Clay; Nick Di Paolo, individually and on behalf of Acid Tongue, Inc.; Mary Reese Hicks, individually and on behalf of Arizona Bay Production Co. Inc.; Lewis Black; and George Lopez (collectively "Plaintiffs") and Defendant Pandora Media, LLC (with Plaintiffs, the "Parties"), by and through their respective counsel, hereby jointly give the Court notice that the Parties have reached a full and complete settlement of the case captioned *In Re Pandora Media, LLC Copyright Lit.*, 2:22-cv-00809-MCS-MAR, including all of the cases consolidated thereunder (the "Actions").

The Parties respectfully request a continuation of the stay currently in place for an additional  sixty (60) days to allow the parties sufficient time to prepare and execute a long-form settlement agreement and to allow for the preparation and filing of a Joint Stipulation for Dismissal with prejudice as to all parties to the Actions.

Respectfully submitted,

Dated: February 3, 2026

By: /s/ Paul M. Fakler
Paul M. Fakler

KING & SPALDING LLP
Paul M. Fakler (*pro hac vice*)
Jacob B. Ebin (*pro hac vice*)

*Attorneys for Defendant Pandora Media, LLC*

By: /s/ Richard S. Busch
Richard S. Busch (*SBN 319881*)
KING & BALLOW

Daniel B. Asimow (*SBN 165661*)
ARNOLD & PORTER KAYE SCHOLLER LLP

*Attorneys for Plaintiffs*

1

2

### <u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

3

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Paul M. Fakler, hereby attest that all

4 signatories listed, and on whose behalf the filing is submitted, concur in the filing's

5 content and have authorized the filing.

6

7 Dated: February 3, 2026

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/ Paul M. Fakler
    Paul M. Fakler

KING & SPALDING LLP
Paul M. Fakler (*pro hac vice*)

Attorneys for Defendant Pandora Media, LLC